■ In the Matter of ALEXANDER J. BRANDSHAFT, Respondent, v FRANK CO- VENEY et al., Constituting the Board of Elections of Suffolk County, Respon- dents, and JANET DE LUCA et al., Appellants. — In a proceeding to invalidate a petition designating the appellants as candidates in the Republican Party primary election to be held on September 13, 1983, for the office of Member of the Suffolk County Republican County Committee in Election Districts in the 9th and 10th Assembly Districts, Town of Huntington, the appeal is from so much of a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, as denied appellants' motion to dismiss the petition for failure to properly serve the order to show cause and petition initiating the proceeding. Judgment affirmed insofar as appealed from, without costs or disbursements. The facts as found by the Supreme Court are supported by the record. Mangano, J. P., Thompson, Niehoff and Boyers, JJ., concur.

■ In the Matter of ALEXANDER J. BRANDSHAFT, Appellant, v FRANK COVENEY et al., Constituting the Board of Elections of Suffolk County, et al., Respon- dents. — In a proceeding to invalidate petitions designating certain persons as candidates in the Republican Party primary election to be held on September 13, 1983, for the office of Member of the Suffolk County Republican County Committee in Election Districts in the 9th and 10th Assembly Districts, Town of Huntington, the appeal is from so much of a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, as denied the application with respect to stated election districts. Judgment affirmed insofar as appealed from, without costs or disbursements. No opinion. Mangano, J. P., Thompson, Niehoff and Boyers, JJ., concur.

■ In the Matter of TONY CORRENTE, Respondent, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and MAE GOWDIE et al., Appellants. — In a proceeding to invalidate the petition designating Mae Gowdie and Kenneth A. Deegan as candidates in the Repub- lican Party primary election to be held on September 13, 1983, for the office of Member of the Republican County Committee, 63rd Election District, Town of Huntington, the appeal is from a judgment of the Supreme Court, Suffolk County (Mallon, J.), dated August 18, 1983, which, after a hearing, granted the application. Judgment modified, on the facts, by deleting the provision granting the application as to Kenneth A. Deegan and substituting therefor a provision denying the application as to him. As so modified, judgment af- firmed, without costs or disbursements. The board of elections is directed to restore the name of appellant Kenneth A. Deegan to the appropriate ballot. The record does not establish that the designee Kenneth A. Deegan partici- pated in the irregularities or had any knowledge of them (see *Matter of Cullen v Power,* 21 AD2d 698, affd 14 NY2d 760). Mollen, P. J., Gibbons, Brown and Rubin, JJ., concur.